UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROWN RUDNICK LLP | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1703 (ESH) |
| U.S. DEPARTMENT OF THE ARMY and JOHN MCHUGH, | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brown Rudnick LLP hereby gives notice of its voluntary dismissal of this action without prejudice as to both Defendants.

Respectfully submitted,

BROWN RUDNICK LLP

By: /s/ Shlomo D. Katz
Shlomo D. Katz (D.C. Bar # 436030)
BROWN RUDNICK LLP
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 536-1753
Facsimile: (617) 289-0775
Email: skatz@brownrudnick.com

Dated: December 13, 2011

*Counsel for the Plaintiff*